# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

v.                          **No. 4:17-cv-399-DPM**

**$21,022.00 IN U.S. CURRENCY; and
ONE SMITH & WESSON, .40 Caliber
Handgun, Model SD40, Bearing Serial
Number HEC3290 with Magazine**                    **DEFENDANTS**

## DECREE OF FORFEITURE

1. The United States has filed a verified complaint *in rem* for forfeiture and published notice of this action. № 1 & 2; 18 U.S.C. § 983; Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. No one has filed a claim or answer or otherwise defended the action; and the Clerk has entered a Clerk's default. № 3.

2. The United States' motion for a default judgment and a decree of forfeiture, № 4, is granted. FED. R. CIV. P. 55(b)(2). The Court declares the following property forfeited to the United States:

- $21,022.00 in U.S. currency, and

- a Smith & Wesson, .40 caliber handgun, model SD40, bearing serial number HEC3290 with magazine.

Title to all this property is now vested solely in the United States. All prior claims in and against all the defendant property are extinguished and declared void. All the defendant property must be turned over to the United States Marshals Service and disposed of according to law.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2017