UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:17-cv-399-DPM

$21,022.00 IN U.S. CURRENCY; and
ONE SMITH & WESSON, .40 Caliber
Handgun, Model SD40, Bearing Serial
Number HEC3290 with Magazine                                DEFENDANTS

## JUDGMENT

The Court enters Judgment in favor of the United States and against all the defendant property.

*[signature]*

D.P. Marshall Jr.
United States District Judge

24 August 2017